IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BLOOM, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NEXTERA ENERGY INC., et al.,<br><br>Defendants. | **CIVIL ACTION**<br>**CASE NO. 5:21-cv-4058-HLT-ADM** |

**RESPONSE TO MAGISTRATE JUDGE'S SHOW CAUSE ORDER**

Pursuant to the Court's September 13, 2021 Order Show Cause, Plaintiffs by and through counsel hereby respond concerning jurisdiction of this Court under 28 U.S.C. § 1332(a) to adjudicate this case.

Earlier today the parties filed a Joint Statement Regarding Defendants That Are Limited Liability Companies (hereinafter "Joint Statement"), ECF No. 14, in which Defendants listed in detail the citizenship of Defendant LLC members and submembers confirming Plaintiffs' initial analysis and assertion in the Complaint of complete diversity of citizenship under 28 U.S.C. § 1332(a). In the Joint Statement, Defendants also expressly stated that no member or submember of Defendant LLCs were citizens of Kansas. Ibid. The Joint Statement, ECF No. 14, is incorporated by reference as if set forth herein in its entirety. All Defendants are citizens of either Florida, California, or New York. See Ibid. Plaintiffs are all citizens of Kansas.

As such, there is complete diversity of citizenship between all Plaintiffs and all Defendants pursuant to 28 U.S.C. § 1332(a) in this case. This Court has subject matter jurisdiction and no cause exists for the Magistrate to recommend dismissal to the District Judge.

Dated: October 18, 2021

Respectfully submitted,

______s/James Renne___________

*James Renne, Esq. (Bar No. 18078)*
*4201 Wilson Blvd.*
*Suite 110521*
*Arlington, VA 22203*
*(703) 869-0418*
*Counsel for the Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on the above listed date, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all attorneys of record and court officials affiliated with this case. In the case of necessary parties not served automatically by CM/ECF, I further certify that I have mailed by U.S.P.S. first class the foregoing to the following non-CM/ECF participants: __________________.

______s/James Renne___________

*James Renne, Esq. (Bar No. 18078)*
*4201 Wilson Blvd.*
*Suite 110521*
*Arlington, VA 22203*
*(703) 869-0418*
*Counsel for the Plaintiffs*